No. 88–6986. ORESKI *v.* UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ▮

No. 89–234. CRATER *v.* MESA PETROLEUM CO. ET AL. Ct. App. La., 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ▮